[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-10676
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 14, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 98-00052-CR-3-LAC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CALVIN ALLEN,
a.k.a. Ronald E. Mobley,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(March 14, 2006)**

Before TJOFLAT, BARKETT and COX, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Calvin Allen, has filed a renewed

motion to withdraw on appeal supported by a brief prepared pursuant to Anders v.

California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Allen's revocation of supervised release and corresponding sentence is **AFFIRMED**.